UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Harley Marine NY, INC.,

                    Plaintiff,

v.

BRIAN MOORE,
CARVER MARINE STEEL WORKS,
LLC d/b/a CARVER COMPANIES,

                    Defendants.

CIVIL ACTION
CASE NO. 1:23-cv-00163-AMN-CFH

**ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINING ORDER**

    Upon the annexed Declaration of Kelly Moore, Declaration of Matt Godden, Declaration of Steve Miller, Declaration Jeffrey A. Kimmel, and the exhibits attached thereto, the Memorandum of Law, the Complaint, and all papers and pleadings herein submitted, Plaintiff Harley Marine NY, Inc. ("HMNY") seeks an order from this Court, pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65.1 enjoining (i) Defendants Brian Moore ("B. Moore") and Carver Marine Steel Works, LLC d/b/a Carver Companies ("Carver") from retaining any secret, confidential, or proprietary information belonging to HMNY that is in tangible form (including computer files, removable media "thumb drives," CDs, electronic files on removal media or in any other electronic form, and hard copy documents) and instead returning all copies of such documents, materials, computer files and other data to HMNY; (ii) Defendants B. Moore and Carver from using, or disclosing HMNY's confidential, proprietary, and trade secret information; (iii) Defendants B. Moore and Carver from modifying, deleting, altering or destroying any of HMNY's communications, files, documents, materials, or data obtained or removed from HMNY or reflecting information accessed at or obtained from HMNY, including any confidential

1

information, and documents or other evidence reflecting the removal, use or disclosure of any confidential information including but not limited to printed documents or data in any electronic format, however stored, including any type of computer, disk, storage device or otherwise, or destroying evidence of the accessing, transfer, copying, use or disclosure of such information; (iv) Defendants B. Moore and Carver from directly or indirectly soliciting or inducing clients of HMNY that are known to B. Moore as clients of HMNY; (v) Defendant Carver from engaging or associating with Defendant B. Moore to compete with HMNY in the maritime transportation industry in the United States; and (vi) Defendant B. Moore from directly or indirectly soliciting or inducing HMNY employees to work for Defendant Carver, Defendant B. Moore, or any third party.

**NOW**, upon HMNY's Motion, sufficient cause having been shown, it is hereby:

**ORDERED** that Defendants or their attorneys appear before this Court at the James T. Foley U.S. Courthouse, 445 Broadway Suite 509, Albany, NY 12207, on the __ day of _____, 2023 at _____ a.m./p.m. to show cause why a preliminary injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure should not issue enjoining Defendants as outlined above; and it is further;

**ORDERED** that sufficient cause having been shown, and it appearing that Defendants have been given notice of this application, pending the hearing of HMNY's motion for a preliminary injunction, HMNY's Motion for a temporary restraining order is **GRANTED** and it is **ORDERED** that Defendants and their employees, servants, agents, attorneys, partners and all other persons acting on behalf of or in concert with Defendants are hereby temporarily and immediately restrained and enjoined as follows: (i) Defendants B. Moore and Carver are enjoined from retaining any secret, confidential, or proprietary information belonging to HMNY that is in

tangible form (including computer files, removable media "thumb drives," CDs, electronic files on removal media or in any other electronic form, and hard copy documents) and instead returning all copies of such documents, materials, computer files and other data to HMNY; (ii) Defendants B. Moore and Carver are enjoined from using, or disclosing HMNY's confidential, proprietary, and trade secret information; (iii) Defendants B. Moore and Carver are enjoined from modifying, deleting, altering or destroying any of HMNY's communications, files, documents, materials, or data obtained or removed from HMNY or reflecting information accessed at or obtained from HMNY, including any confidential information, and documents or other evidence reflecting the removal, use or disclosure of any confidential information including but not limited to printed documents or data in any electronic format, however stored, including any type of computer, disk, storage device or otherwise, or destroying evidence of the accessing, transfer, copying, use or disclosure of such information; (iv) Defendants Carver and Defendant B. Moore are enjoined from directly or indirectly soliciting or inducing clients of HMNY that are known to B. Moore as clients of HMNY; (v) Defendant Carver is enjoined from engaging or associating with Defendant B. Moore to compete with HMNY in the maritime transportation industry in the United States; and (vi) Defendant B. Moore is enjoined from directly or indirectly soliciting or inducing HMNY employees to work for Defendant Carver, Defendant B. Moore, or any third party.

**ORDERED** that the necessity for an injunction bond or other surety is dispensed with.

**ORDERED** that service of a copy of this Order to Show Cause together with the papers upon which it is based, by overnight mail to Defendant Carver at 2170 River Road, PO BOX 890 Coeymans, NY 12045 and by email to tmarron@carvercompanies.com; by overnight mail to Defendant Carver's counsel Glen P. Doherty at Hodgson Russ LLP 677 Broadway, Suite 401, Albany, NY 12207 and by email to gdoherty@hodgsonruss.com; and by overnight mail to

Defendant B. Moore at 7 Fairview Avenue, Kingston, NY and by email to brianbmoore13@gmail.com, all on or before _____ __, 2023 shall be deemed good and sufficient service thereof; and it is further

**ORDERED**, that answering papers, if any, shall be served by email to jeffrey.kimmel@akerman.com and adil.yaqoob@akerman.com and by overnight mail on Akerman LLP, 1251 Avenue of the Americas, 37th Floor, New York, New York 10020, Attn: Jeffrey A. Kimmel, on or before the ___ day of _____, 2023; and it is further;

**ORDERED** that reply papers, if any, shall be served by overnight mail to Defendant Carver at 2170 River Road, PO BOX 890 Coeymans, NY 12045 and by email to tmarron@carvercompanies.com; by overnight mail to Carver's counsel Glen P. Doherty at Hodgson Russ LLP 677 Broadway, Suite 401, Albany, NY 12207 and by email to gdoherty@hodgsonruss.com and by overnight mail to Defendant B. Moore at 7 Fairview Avenue, Kingston, NY and by email to brianbmoore13@gmail.com, all on or before _____ __, 2023

**SO ORDERED** on this ___ of _____, 2023, at ____ a.m./p.m.

_____
District Court Judge Anne M. Nardacci